E-FILED 07/14/08

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE M. MADANI, et al. ) | CASE NO. CV 08-1283-GHK (JWJx) |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| SHELL OIL COMPANY, et al., ) | |
| Defendants. ) | |

Based on our July 11, 2008 Order granting Defendants' Motion to Dismiss, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. **IT IS SO ORDERED**.

DATED: July 11, 2008

_____
GEORGE H. KING
United States District Judge